01
02
03
04
05
06

07                     UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
08                              AT SEATTLE

09  LINDA HABA,                          )   CASE NO. C10-0540-MAT
                                         )
10          Plaintiff,                   )
                                         )
11          v.                           )   ORDER RE: CONSIDERATION AND
                                         )   NOTING OF DEFENDANT'S
12  MICHAEL J. ASTRUE, Commissioner      )   RENEWED MOTION TO DISMISS
    of Social Security,                  )
13                                       )
            Defendant.                   )
14  _____ )

15      Defendant submitted a Renewed Motion to Dismiss based on plaintiff's failure to

16  comply with the applicable statute of limitations. (Dkts. 25 & 26.) Because the motion is

17  accompanied by a declaration and attachments, the consideration of which the Court finds

18  necessary, it will be treated as a motion for summary judgment. *Jablon v. Dean Witter & Co.*,

19  614 F.2d 677, 682 (9th Cir. 1980). *See also* Fed. R. Civ. P. 56(a) ("The court shall grant

20  summary judgment if the movant shows that there is no genuine dispute as to any material fact

21  and the movant is entitled to judgment as a matter of law.") In so doing, the Court must

22  provide both parties with the opportunity to submit material pertinent to the motion. *Id.*; Fed.

ORDER RE: CONSIDERATION AND NOTING OF
DEFENDANT'S RENEWED MOTION TO DISMISS
PAGE -1

R. Civ. P. 12(d).  *See also Lucas v. Department of Corrections*, 66 F.3d 245, 248 (9th Cir. 1995) ("When the district court transforms a dismissal into a summary judgment proceeding, it must inform a plaintiff who is proceeding pro se that it is considering more than the pleadings, and must afford a reasonable opportunity to present all pertinent material.")  Accordingly, the Court hereby notes defendant's pending motion for consideration as a motion for summary judgment on **January 28, 2011**.  Plaintiff may submit a response to the motion on or before **January 24, 2011** and defendant may submit a reply on or before the noting date.

DATED this 4th day of January, 2011.

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: CONSIDERATION AND NOTING OF
DEFENDANT'S RENEWED MOTION TO DISMISS
PAGE -2